AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>JOSE SANCHEZ-MENDEZ,<br>aka Jose SANCHEZ<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 15-8649-WM |

FILED BY _____ D.C.

DEC 0 9 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 4, 2015__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:

See attached affidavit of ICE Deportation Officer Damian Weston

☑ Continued on the attached sheet.

*Complainant's signature*

Damian Weston, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/09/2015__

*Judge's signature*

City and state: __West Palm Beach, Florida__     Hon. William Matthewman, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT OF DAMIAN WESTON
IMMIGRATION CUSTOMS & ENFORCEMENT
DEPARTMENT OF HOMELAND SECURITY
ENFORCEMENT AND REMOVAL OPERATIONS

I, Damian Weston, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over five years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause.

3. On December 4, 2015, Jose SANCHEZ-MENDEZ, (also known as Jose SANCHEZ) was arrested on an immigration violation, in Palm Beach County, Florida.

4. On December 4, 2015, Jose SANCHEZ-MENDEZ was fingerprinted by Deportation Officer Matthew Hanson.

5. On December 8, 2015, I was made aware that Jose SANCHEZ-MENDEZ had been arrested, in Palm Beach County, in the Southern District of Florida.

6. On December 8, 2015, I received the Immigration file bearing control number A 094 805 601, corresponding to Jose SANCHEZ-MENDEZ. The records within the Immigration file confirm that Jose SANCHEZ-MENDEZ is a native and citizen of Guatemala. In addition, the records contained in the A-file show that on or about August 24, 2009, Jose SANCHEZ-MENDEZ was ordered removed from the United States. A Warrant of Removal/Deportation (Form I-205) was executed on September 24, 2009, and Jose SANCHEZ-MENDEZ was removed from the United States to Guatemala. Prior to being removed, law enforcement obtained Jose SANCHEZ-MENDEZ's fingerprint on the Warrant of Deportation.

7. A further review of the Immigration file shows that Jose SANCHEZ-MENDEZ has been removed from the United States on two (2) separate occasions: September 24, 2009 and July 2, 2010.

8. I conducted a query through the database system known as CLAIMS (Computer Linked Application Information Management System), under Alien File Number A 094 805 601. This catalog device was utilized to confirm whether or not any application, petition, and or request was made and acknowledged on behalf of Jose SANCHEZ-MENDEZ to reenter the United States legally, after July 2, 2010. The results of these records search confirms that, after a diligent search, no record was found to exist indicating that Jose SANCHEZ-MENDEZ had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security, for readmission into the United States, as required by law.

9. The fingerprints of Jose SANCHEZ-MENDEZ, taken by Deportation Officer Matthew Hanson, on December 8, 2015, were compared to the following fingerprints by Richard Abbott, Certified Fingerprint Examiner, Senior Border Patrol Agent, United States Border Patrol, Riviera Beach, Florida:

- the fingerprint on the Warrants of Deportation (form I-205's) executed on September 24, 2009 and July 2, 2010;
- the fingerprint on the Warning to Alien Ordered(form-I-294) Removed or Deported, dated September 24, 2009

After comparing these prints, he determined that the fingerprints on the documents belonged to the same person, Jose SANCHEZ-MENDEZ.

10. Based on the foregoing, I believe there exist sufficient probable cause to charge Jose SANCHEZ-MENDEZ with violating Title 8, United States Code, Section 1326(a).

Further, affiant sayeth naught.

_____
Damian Weston Deportation Officer
Immigration & Customs Enforcement

Sworn and subscribed to before me this 9th day of December, 2015 in West Palm Beach, Florida.

_____
HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   15-8649-WM

UNITED STATES OF AMERICA

vs.

JOSE SANCHEZ-MENDEZ,
aka Jose SANCHEZ

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:  _____
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0772321
TEL (561) 820-8711