UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**15-80229-CR-RYSKAMP/HOPKINS**

CASE NO._____

8 U.S.C. §§ 1326(a)

UNITED STATES OF AMERICA

V.

JOSE SANCHEZ-MENDEZ,

      Defendant.

_____/

FILED by __KZ__ D.C.

Dec 29, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA – W.P.B.

## INDICTMENT

The Grand Jury charges that:

On or about December 4, 2015, in Palm Beach County, in the Southern District of Florida, the defendant,

**JOSE SANCHEZ-MENDEZ,**

an alien, having previously been deported and removed from the United States on or September 24, 2009 and July 2, 2010, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly

consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 15-80229-CR-RYSKAMP/Hopkins

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

JOSE SANCHEZ-MENDEZ,
a/k/a "Jose SANCHEZ"
    Defendant.
_____/

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami      ___ Key West
___ FTL    _X_ WPB

New Defendant(s)            Yes ___   No ___
Number of New Defendants    ___
Total number of counts      ___
FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  NO
   List language and/or dialect _____

4. This case will take __2-5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                         (Check only one)

   I    0 to 5 days      _X_               Petty     ___
   II   6 to 10 days     ___               Minor     ___
   III  11 to 20 days    ___               Misdem.   ___
   IV   21 to 60 days    ___               Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court?  (Yes or No)  No
   If yes:
   Judge: _____           Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) Yes
   If yes:
   Magistrate Case No.                    15-8649-WM
   Related Miscellaneous numbers:         _____
   Defendant(s) in federal custody as of  12/09/2015
   Defendant(s) in state custody as of    _____
   Rule 20 from the _____ District of _____
   Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes  _X_ No

                                          _____
                                          ADAM McMICHAEL
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Florida Bar No. 0772321

*Penalty Sheet(s) attached                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO. 15-80229-CR-RYSKAMP/HOPKINS

Defendant's Name: Jose SANCHEZ-MENDEZ

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Alien found in the U.S. subsequent to a prior deportation | 8:1326(a) | 2 years<br>$250,000 fine<br>SR: up to 1 year<br>$100 SA |